## MONTAGUE v. WARDEN OF MARYLAND PENITENTIARY

[App. No. 135, September Term, 1965.]

*Decided July 26, 1966.*

Before the entire Court.

PER CURIAM.

Application denied for reasons set forth in the opinion of Judge Dorsey in the lower court.

*Application denied.*